UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:08-CR-236-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| APRIL HALL | ) | |

Now upon successful completion of the Pretrial Diversion Agreement approved by this Court and begun on May 8, 2009, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the charge against the above-captioned Defendant.

Respectfully submitted this 13th day of August, 2010.

                                  GEORGE E.B. HOLDING
                                  United States Attorney

                                  /s/ Barbara D. Kocher
                                  BY: BARBARA D. KOCHER
                                  Assistant United States Attorney
                                  Criminal Division
                                  United States Attorney's Office
                                  310 New Bern Avenue, Suite 800
                                  Raleigh, NC 27601
                                  Telephone: 919-856-4530
                                  Fax: 919-856-4487
                                  E-mail: barb.kocher@usdoj.gov
                                  State Bar No. 16360

Leave of Court is granted for the filing of the foregoing dismissal this __14__ day of _September_, 2010.

_/s/ James Dever_
JAMES C. DEVER, III
CHIEF, UNITED STATES DISTRICT JUDGE