UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:08-CR-236-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| APRIL HALL | ) | |

Now upon successful completion of the Pretrial Diversion Agreement approved by this Court and begun on May 8, 2009, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the charge against the above-captioned Defendant.

Respectfully submitted this 13th day of August, 2010.

GEORGE E.B. HOLDING
United States Attorney

/s/ Barbara D. Kocher
BY: BARBARA D. KOCHER
Assistant United States Attorney
Criminal Division
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: barb.kocher@usdoj.gov
State Bar No. 16360

Leave of Court is granted for the
filing of the foregoing dismissal
this __14__ day of _September_, 2010.

_____
JAMES C. DEVER, III
CHIEF, UNITED STATES DISTRICT JUDGE